725 A.2d 756

**Josephine PILONG**

v.

**Gina ROME and the City of Philadelphia Water Department.**

**Appeal of Gina Rome.**

Supreme Court of Pennsylvania.

Argued Oct. 19, 1998.

Decided March 29, 1999.

Audrey J. Copeland, Berwyn, Howard P. Dwoskin, Philadelphia, for Gina Rome.

Salvatore A. Paparone, Jr., Trevose, for Josephine Pilong.

Kwame Agyeman, Philadelphia, for City of Philadelphia Water Dept.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.